# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>VICTOR RAFAEL LARA (2),<br><br>　　　　　　Defendant. | Case No.: 22-CR-2599-BTM<br><br>**JUDGMENT AND ORDER OF DISMISSAL** |

The United States' Motion to Dismiss the Information (ECF No. 26) against Defendant Victor Rafael Lara is hereby GRANTED. The Information is DISMISSED without prejudice as to Victor Rafael Lara.

**IT IS SO ORDERED.**

DATED: August 2, 2023

HON. BARRY TED MOSKOWITZ
United States District Judge